1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID L WINE,                        No C-09-4771 VRW (PR)

12              Plaintiff,

13        v                               ORDER OF TRANSFER

14   J HALTERMAN AND J WILLIAMS,

15

16              Defendant(s).
     _____/

17

18        Plaintiff, a prisoner currently incarcerated at San

19   Quentin State Prison, has filed a pro se civil rights complaint

20   alleging that two San Bernardino County sheriffs deputies used

21   excessive force against him in violation of his constitutional

22   rights.  Doc #1.  Plaintiff also seeks leave to proceed in forma

23   pauperis under 28 USC section 1915.  Doc #2.

24        A substantial part of the events or omissions giving rise

25   to the claim(s) occurred, and the defendants reside, in San

26   Bernardino County, which lies within the venue of the Central

27   District of California, Eastern Division.  See 28 USC § 84(c)(1).

28   Venue therefore properly lies in the Central District of California,

United States District Court
For the Northern District of California

1  Eastern Division.  See id § 1391(b).

2       Accordingly, in the interest of justice and pursuant to

3  28 USC section 1406(a) IT IS ORDERED that this action be TRANSFERRED

4  to the United States District Court for the Central District of

5  California, Eastern Division.

6       The clerk shall transfer this matter and terminate all

7  pending motions as moot.

8

9

10       IT IS SO ORDERED.

11

12

13                                  _____

14                                  VAUGHN R WALKER
                                    United States District Chief Judge

15

16

17

18

19

20

21

22

23

24

25

26  G:\PRO-SE\VRW\CR.09\Wine-09-4771-transfer-cacd.wpd

27

28                                    2