# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. WINE,<br><br>        Plaintiff,<br><br>    v.<br><br>J. HALTERMAN, et al.,<br><br>        Defendants. | Case No. EDCV 09-1943-VAP (JEM)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 638, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss be denied. Defendants shall file an Answer to the Complaint within thirty (30) days of the date of this Order.

DATED: June 24, 2011

                                                    VIRGINIA A. PHILLIPS<br>
                                        UNITED STATES DISTRICT JUDGE