# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. WINE,<br><br>                Plaintiff,<br><br>     v.<br><br>J. HALTERMAN, et al.,<br><br>                Defendants. | Case No. EDCV 09-1943-VAP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: April 12, 2012

                                                                 VIRGINIA A. PHILLIPS<br>
                                                        UNITED STATES DISTRICT JUDGE