# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. WINE,<br><br>                Plaintiff,<br><br>    v.<br><br>J. HALTERMAN, et al.,<br><br>                Defendants. | Case No. EDCV 09-1943-VAP (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 12, 2012

                                                   VIRGINIA A. PHILLIPS
                                         UNITED STATES DISTRICT JUDGE